# United States Court of Appeals for the Federal Circuit

---

October 8, 2014

**ERRATUM**

---

**MARIA LAVINIA JONES,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2014-3072

---

Petition for review of the Merit Systems Protection Board in No. CB-7121-13-0111-V-1.

**- - - - - - - - - - - - - - - - - - - - -**

**MARIA LAVINIA JONES,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2014-3081

---

Decided: October 8, 2014
Non-Precedential Opinion

---

Page 2, line 21, "Lavina" has been changed to --Lavinia--.